**Dismissed and Opinion Filed May 3, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00441-CV

## CYRUS NDOWO, Appellant
## V.
## SSK TRUST, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00848-2022**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Smith, and Breedlove
Opinion by Justice Partida-Kipness

On August 29, 2022, we informed appellant his brief was deficient in that, among other defects, it did not concisely state all issues or points presented for review or include citations to the appellate record or legal authorities in support of the arguments appellant made. *See* TEX. R. APP. P. 38.1(g),(i). We directed appellant to file a corrected brief within ten days and cautioned him that failure to comply could result in dismissal of the appeal without further notice. *See id*. 38.8(a)(1), 42.3(b),(c). Appellant did not comply and did not file a corrected brief. Appellee filed a response brief and prayed, in part, that this Court dismiss the appeal due to

insufficient briefing. Appellant did not respond to appellee's brief or the request that we dismiss the appeal. Appellant has had more than ninety days to file the corrected brief but has failed to do so. We, therefore, dismiss the appeal. *See id*. 38.8(a)(1), 42.3(b),(c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

220441F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CYRUS NDOWO, Appellant

No. 05-22-00441-CV     V.

SSK TRUST, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas
Trial Court Cause No. 006-00848-2022.
Opinion delivered by Justice Partida-Kipness. Justices Smith and Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 3rd day of May 2023.